IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 22-2985

Plaintiff: CHARLES A. WILSON, JR.

v.

Defendant: UNITED AIRLINES, INC.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant United Airlines, Inc. ("**United**" or "**Defendant**") removes this action from the District Court for Denver County, Colorado to the United States District Court for the District of Colorado. In support thereof, Defendant states as follows:

1. On October 21, 2022, Plaintiff Charles A. Wilson, Jr. ("**Plaintiff**") filed a Complaint against Defendant in the District Court for Denver County, Colorado (the court will be referred to as the "**State Court**" and the action as the "**State Court Action**").

2. Defendant received service of the Complaint on October 28, 2022. Copies of the State Court Civil Case Cover Sheet, Complaint, Service of Process, Delay Reduction Order, Pre-Trial Order, and current state court docket are attached hereto as **Exhibits A to F**, respectively. Written notice of removal will be served on Plaintiff and filed with the District Court for Denver County, Colorado on November 17, 2022. *See* **Exhibit G** (Notice of removal with the accompanying certificate of service). Other than the documents attached hereto, no other process,

FP 45569766.1

pleadings, or orders have been filed, served, or entered in the State Court Action. The State Court has not set any hearings in this matter.

3. This Court has jurisdiction of this matter under 28 U.S.C. § 1332(a) because Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Under 28 U.S.C. § 1332(a)(1), diversity of citizenship exists where the controversy is "between . . . citizens of different States." In this case, Plaintiff is domiciled in Colorado. **Ex. B** (Complaint) at ¶ 9 and p. 13 (stating that "Plaintiff is a resident of the State of Colorado" and providing Plaintiff's address in Castle Rock, Colorado). Defendant United Airlines, Inc. is a Delaware corporation with its principal place of business in Illinois. **Ex. H** (Declaration of Dorota Karpierz) ¶ 5. Thus, complete diversity of citizenship exists.

5. Section 1332(a) also requires that the amount in controversy "exceed[] the sum or value of $75,000, exclusive of interest and costs." Where "removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy[.]" 28 U.S.C. § 1446(c)(2). Here, Plaintiff represents that he "is seeking monetary judgment against [United] for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs[.]" **Ex. A** (State Court Cover Sheet) at 1 (further certifying that "the value of this party's claims against [United] is reasonably believed to exceed $100,000."). Thus, the amount in controversy requirement is likewise satisfied and this Court has jurisdiction of the matter under 28 U.S.C. § 1332(a).

6. This petition is being filed within 30 days after service of the Complaint on Defendant and is therefore timely. 28 U.S.C. § 1446(b)(1).

WHEREFORE, Defendant United Airlines, Inc. removes this action from the District Court for Denver County, Colorado, to the United States District Court for the District of Colorado, and requests that this Count make and enter such further orders as may be necessary and proper.

November 17, 2022

                                      Respectfully submitted,

                                      *s/ Micah D. Dawson*
                                      Micah D. Dawson
                                      Janet M. Himmel
                                      FISHER & PHILLIPS LLP
                                      1125 17th Street, Suite 2400
                                      Denver, CO 80202
                                      Telephone: (303) 218-3650
                                      Facsimile: (303) 218-3651
                                      mdawson@fisherphillips.com
                                      jhimmel@fisherphillips.com

                                      ***Counsel for Defendant United Airlines, Inc.***

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 17, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system and that service will be accomplished by the CM/ECF system on all counsel of record.

                          *s/ Micah D. Dawson*
                          Micah D. Dawson

FP 45569766.1